IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRISCA SALGADO SALVADOR, et al., | No. C 14-2219 RS |
| Plaintiffs, | |
| v. | **ORDER DISMISSING ACTION** |
| PNC BANK, N.A., | |
| Defendant. | |

The complaint herein was previously dismissed, with leave to amend. Plaintiffs were advised that unless an amended complaint were filed by July 31, 2014, the action would be dismissed and the file closed, without further notice. Plaintiffs filed no amended complaint and appear to have abandoned the action. Accordingly, the case is dismissed and the Clerk shall close the file.

IT IS SO ORDERED.

Dated: 8/13/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE